CALVIN E. DAVIS (SBN 101640)
cdavis@grsm.com
AARON P. RUDIN (SBN 223004)
arudin@grsm.com
GORDON REES SCULLY MANSUKHANI LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470

Attorneys for Defendants
THE GROUNDS GUYS SPV, LLC
and RUSS MEIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARGUS CAPITAL MANAGEMENT LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> THE GROUNDS GUYS SPV, LLC, a Delaware corporation; RUSS MEIER, an individual; and DOES -100, <br><br> Defendants. | CASE NO.  1:23-cv-00043-JLT-BAM <br><br> **DEFENDANTS' NOTICE OF MOTION FOR SANCTIONS** <br><br> Date:         August 7, 2023 <br> Time:         9:00 a.m. <br> Courtroom:  4 <br> Judge:        Hon. Jennifer L. Thurston |

TO ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 7, 2023, at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 4 (Seventh Floor) of the United States District Court, Eastern District of California, located at 2500 Tulare Street, Fresno, California, 93721, Defendants The Grounds Guys SPV LLC ("TGG") and Russ Meier ("Meier") (collectively "Defendants"), move the Court, pursuant to Rule 11(c) of the Federal Rules of Civil Procedure, and L.R. 110 for Sanctions against Plaintiff Argus Capital Management, LLC ("Argus") and its counsel, for filing Objections to Defendants Reply Evidence and Supplemental Declaration of

Douglas Luther in Response to Defendants' Reply Brief to Motion to Dismiss First Amended Complaint and exhibits thereto [Doc. 27; Doc. 27-1, Doc. 27-2 and Doc. 27-3] without prior court approval in violation of this Court's Standing Order [Doc. 3-1] and L.R. 230(m). Defendants seek recovery of their attorneys' fees incurred in connection with bringing this motion totaling no less than $4,400.00 and an order from the Court striking the improperly filed documents.

This Motion is based on this Notice, the memorandum of points and authorities in support the motion, the Declaration of Aaron P. Rudin, and all other papers in the record, and all matters of which this Court may properly take judicial notice.

Pursuant to the Court's Standing Order, the undersigned counsel for Defendants certifies that meet and confer efforts were exhausted prior to the filing of this Motion. In particular, counsel for Defendants served a copy of this notice of motion, memorandum of points and authorities and declaration in support thereof on counsel for Argus on June 7, 2023, and provided counsel for Argus twenty-one (21) days (pursuant to Rule 11(c)(1) of the Federal Rules of Civil Procedure) to voluntarily withdraw the improperly filed documents and avoid the motion for sanctions, plus an additional three (3) days for mail service. Counsel for Argus did not withdraw the improperly filed documents so counsel for Defendants filed this motion for sanctions.

Dated: July 3, 2023        GORDON REES SCULLY MANSUKHANI, LLP

By:     */s/ Aaron P. Rudin*
        Calvin E. Davis
        Aaron P. Rudin
        Attorneys for Defendants THE
        GROUNDS GUYS SPV LLC and RUSS
        MEIER