**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARGUS CAPITAL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE GROUND GUYS SPV, LLC, et. al.,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-00043 JLT<br><br>ORDER TO SHOW CAUSE<br><br>(Docs. 17, 21, 24) |

　　　　Defendants have filed a Motion to Compel Arbitration (Doc. 17) and a Motion to Dismiss with a Request for Judicial Notice (Docs. 15, 16). They explain, "Defendants concurrently filed a motion to dismiss Argus' FAC because Argus did not, and cannot, allege that it satisfied a precondition that it mediate with TGG prior to filing any lawsuit. This motion need only be considered if the Court is not inclined to grant that motion." (Doc. 17 at 8, n. 1.) Notably, Plaintiff asserts that it is prepared to mediate and requested mediation on May 23, 2024, following the Court's Minute Order regarding the Court's ongoing judicial emergency. Plaintiff contends that Defendants did not respond, but, instead, filed its Reply Brief re: Motion to Dismiss (Doc. 23). (Doc. 27 at 3.)

　　　　Considering Defendants' pending motions rest upon the failure to mediate (Docs. 15,17), Plaintiff's asserted attempt to mediate[1], added allegations in the FAC, and absence of "a prefiling

---

[1] Plaintiff claims it requested mediation on May 23, 2024, following the Court's Minute Order regarding the Court's

1

meet and confer to discuss thoroughly the substance of" the pending Motion to Compel Arbitration and Motion to Dismiss (Docs. 17, 15), and "any potential resolution" of claims alleged in the FAC (Doc. 11); the Court finds subsequent meet and confer efforts are necessary and beneficial to the ongoing dispute. Though there are disputes as to what occurred before the filing of the complaint in this case, the current willingness of all parties to arbitrate suggests that the motions may be moot. Accordingly, **within 21 days**, the parties SHALL engage in a **substantive** meet and confer process related to the issues raise in the motions and in the entire litigation as they relate to mediation, and to file a joint statement whether the Plaintiff's willingness to mediate resolves the substantive issues raised in the motions.

IT IS SO ORDERED.

Dated:   **February 6, 2025**

*[signature]*
UNITED STATES DISTRICT JUDGE

---

ongoing judicial emergency, and Defendants did not respond, but filed its Reply Brief re: Motion to Dismiss (Doc. 23). (Doc. 27 at 3.)